FILED: August 21, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2102 (L)
(8:12-cv-00954-AW)

_____

METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.

 Plaintiff - Appellee

v.

AMERICAN HOME REALTY NETWORK, INC.

 Defendant - Appellant

and

JONATHAN J. CARDELLA; NATIONAL ASSOCIATION OF REALTORS

 Defendants

------------------------------

CONSUMER ADVOCATES IN AMERICAN REAL ESTATE

 Amicus Supporting Appellant

_____

No. 12-2432
(8:12-cv-00954-AW)

_____

METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.

      Plaintiff - Appellee

v.

AMERICAN HOME REALTY NETWORK, INC.

      Defendant - Appellant

and

JONATHAN J. CARDELLA; NATIONAL ASSOCIATION OF REALTORS

      Defendants

------------------------------

CONSUMER ADVOCATES IN AMERICAN REAL ESTATE

      Amicus Supporting Appellant

———————————

## M A N D A T E
———————————

The judgment of this court, entered July 27, 2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                   */s/Patricia S. Connor, Clerk*